■ ANTHONY STARKES, Respondent, v HICKS & WARREN LLC et al., Appellants, et al., Defendant. (And a Third-Party Action.) [830 NYS2d 514]—Appeal from order, Supreme Court, Bronx County (Kenneth L. Thompson, Jr., J.), entered January 11,

2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Sullivan, Williams, Buckley and Kavanagh, JJ.